NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARCUS A. SNIPES,                          )
                                           )
      Appellant,                           )
                                           )
v.                                         )          Case No. 2D18-2728
                                           )
STATE OF FLORIDA,                          )
                                           )
      Appellee.                            )
_____)

Opinion filed May 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Marcus A. Snipes, pro se.

PER CURIAM.


      Affirmed.


MORRIS, BADALAMENTI and ATKINSON, JJ., Concur.